Franklin Burt, Appellant, v. Bella Gluck, Also Known as Betty Gluck, Respondent.— Motion to dismiss appeal granted, with costs, and stay vacated.　Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

Isaac E. Chadwick, Respondent, v. Philip M. Miller and Another, Appellants. — Motion to dismiss appeal denied, with costs.　Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

William L. Chapman, Appellant, v. Edward Brown, Respondent.— Motion for reargument denied, with costs.　Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

Elizabeth Di Santo, as Administratrix, etc., Respondent, v. Brooklyn Chair Company, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted, without costs.　Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

Minnie Hartwigson, Respondent, v. Minnie Harder and Others, Appellants.— Motion to dismiss appeal denied, without costs, on condition that the appeal be placed on the January calendar for argument.　Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

In the Matter of Lincoln G. Backus, an Attorney.　Petition of Ludlow W. Valentine.— Referee's report confirmed, except as to the finding upon the question of collusion, and proceedings dismissed.— Hirschberg, P. J., Woodward, Burr and Rich, JJ., concurred; Thomas, J., voted to confirm the referee's report.

In the Matter of Benjamin Frindel, an Attorney.— Referee's report confirmed, except as to the charge of perjury, and respondent suspended from practice for the term of two years.　Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

Annie Kaplan, Appellant, v. Moritz Faerber, Respondent.— Motion for reargument denied, with costs.　Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

Felix McCabe, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion for reargument granted, and case set down for Wednesday, January 11, 1911.　Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

John McKeon, Appellant, v. Bradford L. Gilbert, Respondent.— Motions denied, with costs.　Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

Pher Nelson and Another, Appellants, v. Frank G. Terwilliger, Respondent.— Motion to dismiss appeal denied, with costs.　Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

Marie Olsen, Respondent, v. Henry T. Meany, Appellant.— Motion to dismiss appeal granted, with costs.　Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.